```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| VS. | : | |
| PERRY WILLIAMS | : | NO. 01-CR-343 |

### ORDER

AND NOW, this 9th day of September, 2015, upon consideration of the Defendant's Motion for Resentencing under 3582(C)92) Retroactive ACCA United States v. Johnson 782 Retroactive Drug Amendment Offese (sp) Level Reduction and Overrepresentation of Criminal History (Document #101) and Motion for Appointment of Counsel (Document #103), it is hereby ORDERED that Defendant's motions are DENIED.

On September 2, 2015, this Court denied Defendant's previous letter requests for Appointment of Counsel (Document #104) after the Federal Community Defender Office for the Eastern District of Pennsylvania concluded that the Defendant was not eligible for a reduction due to having been sentenced based on the career offender enhancement.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.